Deborah **WILSON**, Appellant,

v.

**RENTAL RESEARCH SERVICES, INC., a Minnesota corporation,** Appellees.

No. 97–4386.

United States Court of Appeals, Eighth Circuit.

July 16, 1999.

### ORDER

Appellees' petition for rehearing has been considered by the Court en banc and is granted. The opinion and judgment of the court entered on January 19, 1999, are vacated.

The case is set for oral argument before the court en banc at St. Louis, Missouri, September 13, 1999, at 10:00 a.m. Each party is allotted twenty (20) minutes argument per side.